UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-9215-GW(JPRx) | Date | October 12, 2016 |
|---|---|---|---|
| Title | *Sharon Cunningham v. Federal Express Corporation* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    ORDER TO SHOW CAUSE RE SETTLEMENT**

Parties filed a Joint Notice of Settlement on October 11, 2016. The Court sets an Order to Show Cause re: Settlement Hearing for December 15, 2016 at 8:30 a.m.

The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by noon on December 14, 2016.

All previously set deadlines and dates are vacated and taken off-calendar.

:

Initials of Preparer    JG