1  **KNIGHT EMPLOYMENT LAW**
    CODY D. KNIGHT, ESQ. (SBN: 257627)
2  CHANTAL MCCOY, ESQ. (SBN: 293215)
    MAHRU MADJIDI, ESQ. (SBN: 297906)
3  11500 W. Olympic Boulevard, Suite 400
    Los Angeles, California 90064
4  Telephone: (310) 444-3039
    Facsimile: (310) 870-7207
5  CodyKnight@KnightEmploymentLaw.com
    ChantalMcCoy@KnightEmploymentLaw.com
6  MMadjidi@KnightEmploymentLaw.com

7  Attorneys for Plaintiff SHARON CUNNINGHAM

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10  SHARON CUNNINGHAM,              | Case No.: **CV 15-9215-GW(JPRx)**
11               Plaintiff,          | **ORDER ON JOINT STIPULATION FOR**
12       v.                          | **DISMISSAL WITH PREJUDICE**
13  FEDERAL EXPRESS and DOES 1-10,   | Judge: Hon. George H. Wu
                                      | Dept.: 10
14               Defendants.          | Complaint Filed: August 7, 2015
                                      | Trial Date: January 10, 2017

1    THIS COURT, having read and considered the Parties' Joint Stipulation for Dismissal with
2 Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (the "Stipulation"), hereby
3 GRANTS the Stipulation.
4    IT IS ORDERED that the subject action be dismissed, with prejudice, and the Parties shall
5 each pay their own attorneys' fees and costs.

7 Dated: December 7, 2016                    *[signature]*
                                              GEORGE H. WU, U.S. District Judge

**KNIGHT EMPLOYMENT LAW**
CODY D. KNIGHT, ESQ. (SBN: 257627)
CHANTAL MCCOY, ESQ. (SBN: 293215)
MAHRU MADJIDI, ESQ. (SBN: 297906)
11500 W. Olympic Boulevard, Suite 400
Los Angeles, California 90064
Telephone: (310) 444-3039
Facsimile: (310) 870-7207
CodyKnight@KnightEmploymentLaw.com
ChantalMcCoy@KnightEmploymentLaw.com
MMadjidi@KnightEmploymentLaw.com

Attorneys for Plaintiff SHARON CUNNINGHAM

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON CUNNINGHAM,<br><br>                    Plaintiff,<br><br>        v.<br><br>FEDERAL EXPRESS and DOES 1-10,<br><br>                    Defendants. | **Case No.: 2:15-cv-09215-GW-JPRX**<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:  Hon. George H. Wu<br>Dept.:   10<br>Complaint Filed:   August 7, 2015<br>Trial Date:            January 10, 2017 |

At the time of service, I was over 18 years of age and not a party to this action. My business address is business address is 11500 W. Olympic Blvd, Ste. 400, Los Angeles, California 90064. On December 6, 2016, I served the following documents:

**[PROPOSED] ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

I served the document(s) on the person(s) below, as follows:

    Emily C. Pera, Esq.
    **Federal Express Corporation**
    2601 Main Street, Suite 340
    Irvine, CA 92614
    emily.pera@fedex.com

    Attorney for Defendant Federal Express Corporation

**KNIGHT EMPLOYMENT LAW**
CALIFORNIA EMPLOYMENT LITIGATION
11500 W OLYMPIC BLVD. STE. 400, RIVERSIDE, CA 90064

- 1 -
**CERTIFICATE OF SERVICE**

1  **By ELECTRONIC SUBMISSION**. I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipient(s) via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed December 6, 2016, at Los Angeles, California.

By: _/s/ C. McCoy_____
      Chantal McCoy

**KNIGHT EMPLOYMENT LAW**
CALIFORNIA EMPLOYMENT LITIGATION
11500 W OLYMPIC BLVD. STE. 400, RIVERSIDE, CA 90064

- 2 -
**CERTIFICATE OF SERVICE**